# United States District Court
# For The Western District of North Carolina
# Asheville Division

JACOB BRIAN CRAIN,

       Petitioner,                              JUDGMENT IN A CIVIL CASE

vs.                                                 1:09-cv-216

ALVIN KELLER,

       Respondent.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/30/11 Order.

                                          Signed: October 11, 2011

                                          Frank G. Johns, Clerk
                                          United States District Court